Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Southern_ District of _TX_

_Federal_ Division

United States Courts
Southern District of Texas
FILED

*May 7, 2025*

Nathan Ochsner, Clerk of Court

Roosevelt D. Linscomb JR
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Harris County Sheriff Office
Officer J. Reedico
_____
Defendant(s)
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **4:24cv2137**
_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Roosevelt L Lincoln

Address             3401 Annex St.

                    Houston                 TX            77004
                                     *City*        *State*        *Zip Code*

County

Telephone Number    (713) 256-6974

E-Mail Address      Mike Lincoln @ gmail. Com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                Harris County sheriff Office

Job or Title *(if known)*    6831  Cypresswood DR

Address

                    Spring                  TX            77379
                                     *City*        *State*        *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name                (Officer: J. Bernia

Job or Title *(if known)*    Officer -

Address             6831 Cypresswood DR

                    Spring                  TX            77379
                                     *City*        *State*        *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

Defendant No. 3
  Name       _____
  Job or Title *(if known)* _____
  Address       _____

                *City*     *State*   *Zip Code*

  County       _____
  Telephone Number   _____
  E-Mail Address *(if known)* _____

    ☐ Individual capacity  ☐ Official capacity

Defendant No. 4
  Name       _____
  Job or Title *(if known)* _____
  Address       _____

                *City*     *State*   *Zip Code*

  County       _____
  Telephone Number   _____
  E-Mail Address *(if known)* _____

    ☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

5th, 9th, 10th Amedment (Also 14th Amendment)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any
statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color
of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of
federal law.  Attach additional pages if needed.

III.    **Statement of Claim**

*Officer: J. Bernico is Law Enforcement Acting Under Color of Law which is (ment) to protect and serve, But has violated Civil Law For Unknown Reasons — Causing Injury to Roosevelt A. Tricon III*

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite
any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

*see: Complaint Attachment    (8 pages)*

B.    What date and approximate time did the events giving rise to your claim(s) occur?

*see: (5) pages) Exhibits /facts of wreck - other documents.*
*(Insurance) see: Evidence of Loss Claim #2304172322 - (Separate)*
*see: Ticket #146555046-01 TR 2023 (or) Case # 0535972*
*-23*

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?
Was anyone else involved?  Who else saw what happened?)*

*(see: attachment)  False Police Report by J. Bernico took the side of a Mexican lady who was in the wrong - And caused me to loose "everything" - All without being on the scene "or" having Any Witnesses. These things were done by his own Opinion which Violated the Law; 5th Amendment [seen on BWC From other Arriving Officer which came As A Result of TR 2023-(Admitted)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Loss of Treatment; mental Assist; Loss of money,
Loss of medical; Loss of All meaningful Litigation
in insurance purpose, OR investigation Concering
the wReck. Loss of 5th Amendment -(Due Process)

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

$ 260,000 " Actual damage"

includes: "punitive damages"

see All facts Public Records
w/ Body Camera footage; with Statement
There were No witnesses!

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    April 15th 2025

Signature of Plaintiff

Printed Name of Plaintiff    Roosevelt (J) Linson Jr

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____

| | City | State | Zip Code |

Telephone Number    _____

E-mail Address    _____

**Complaint Attachment: Violations Of Civil Rights- (1983 Form)**
 False Statement  by Police Officer: J. BERNICO
   CAUSE NO. 146555046-01 TR 2023

## 1)   CHANGING LANES NOT IN SAFETY - APRIL 16TH 2023

---

### PROCEEDING  HISTORY

**2)Roosevelt L Linicomn Jr moves this Federal District Court** to see the **Violated
the 5th, 9th and 10th, and 14 Amendment** - *Violations of civil rights due to officer " J.
Bernico "* *giving False information- and acting as if he was on the Scene and witnessed
the incident... which resulted in the officer taking sides without information given to him
by a true witness.*

**3)See: <u>Giglio v. United States</u>**
<u>**This 1972 Supreme Court case requires the prosecution to disclose all
information that could impeach the credibility of prosecution witnesses, including
police officers.**</u>
Being that no Witnesses were involved on the Defendants side,(or) in this Case this
"*The Driver {Josefina Serna} that Hit me on the left side of the vehicle in question.*
Nevertheless the Office arrived, the Officer's arrival  **will be seen on *his* Body Worn
Camera** ; See: <u>**CAUSE NO. 146555046-01 TR 2023**</u>

<u>**4)This CAUSE NO. 146555046-01 TR 2023 also includes another officer who
questioned whether there were any witnesses Involved. This question can be
clearly seen, And**</u>
<u>**The answer clearly heard**</u>
 <u>**(Through the questioning female officers body worne camera)**</u> -
This factual and "Substantial Evidence" was generated through the prosecutor giving
discovery to (ROOSEVELT L. LINICOMN JR) by the requested trial in this case; under
the 6 and 7th Amendments.
By the granted discovery Of the prosecutor - It was clearly revealed That the officer " J.
BERNICO " promoted his own logic {GIVING A FAULTY POLICE REPORT } without
any information from any witnesses... ***<u>Under</u>***

***<u>these circumstances the officer is not entitled to any qualified immunity</u>***.

### CAUSE OF ACTION

**Complaint Attachment: Violations Of Civil Rights- (1983 Form)**
 False Statement  by Police Officer: J. BERNICO
     CAUSE NO. 146555046-01 TR 2023

5) *The officer **J.Bernico** stated: __There Are No Witnesses__- when the female officer who also arrived on the scene asked the question: ARE THERE ANY WITNESSES.*

**See:** The United States Supreme Court case that addresses qualified immunity, which protects government officials, including police officers, from personal liability for constitutional violations __*unless their actions violate a "clearly established" right, is*__ __*Malley v. Briggs (475 U.S. 335 (1986)*__).

Here's a more detailed explanation:

6) Qualified Immunity:
This doctrine shields government officials from civil lawsuits unless their conduct violates a clearly established statutory or constitutional right, meaning that a reasonable official in their position would have known their actions were unlawful.
**"Clearly Established" Standard:**
The Supreme Court has emphasized that the "clearly established" standard requires existing precedent that places the illegality of the conduct beyond debate.
**Malley v. Briggs (1986):**
This case is a key precedent establishing the standard for qualified immunity, stating that an officer is entitled to qualified immunity if "officers of reasonable competence could disagree" on the issue of probable cause.
**Focus on Objective Reasonableness:**
The Court has consistently emphasized that the focus of qualified immunity is on the objective reasonableness of the official's conduct, not their subjective intent.
**Examples of Supreme Court Cases:**
Other relevant cases include Graham v. Connor (490 U.S. 386 (1989)), which established the objective reasonableness standard for excessive force claims, and

**Scott v. Harris (550 U.S. 372 (2007))**, which addressed the use of force in vehicle pursuits.
**Purpose of Qualified Immunity:**
Qualified immunity aims to balance the need to hold public officials accountable with the need to shield them from harassment, distraction, and liability when they perform their duties reasonably. While the Supreme Court has ruled on police liability, it hasn't established a blanket rule of no immunity for making false police reports, but rather, it has established the doctrine of "qualified immunity," which protects officers from liability *unless their actions violate clearly established rights.*

**Complaint Attachment: Violations Of Civil Rights- (1983 Form)**
 False Statement  by Police Officer: J. BERNICO
    CAUSE NO. 146555046-01 TR 2023

## DETAILED EXPLANATIO

### Qualified Immunity:

7)This doctrine, developed through Supreme Court case law, shields government officials, including police officers, from civil lawsuits **unless their actions violate clearly established statutory or constitutional rights, of which a reasonable person would have known.**

### "Clearly Established" Rights:

8)**The key to qualified immunity is that the right violated must be "clearly established" at the time of the officer's actions. This means that the law must be specific enough that a reasonable officer would know that their conduct is unlawful**.

### Not Absolute Immunity:

9)**It's important to note that qualified immunity is not absolute. If an officer's actions violate a clearly established right, they can be held liable.**

10)Examples of Supreme Court Cases:

**Harlow v. Fitzgerald (1982):** This case established the modern test for qualified immunity, focusing on whether the official's conduct violated clearly established law.

Pierson v. Ray (1967): This case established that police officers are not granted absolute and unqualified immunity from damages, but they may have qualified immunity for acting under a statute that they reasonably believed to be valid.

*4*

**Complaint Attachment: Violations Of Civil Rights- (1983 Form)**
 False Statement  by Police Officer: J. BERNICO
   CAUSE NO. 146555046-01 TR 2023

11) Ongoing Debate:

The doctrine of qualified immunity is a subject of ongoing debate, with some arguing that it shields officers from accountability for misconduct.

12) Recent Developments:

<u>Taylor v. Riojas (2023</u>): *This case reaffirmed that officials at all levels are charged with the knowledge that qualified immunity will not shield them from liability for cruel and unusual conduct that would shock a reasonable person, even if the specific facts would present a novel case.*

<u>Lombardo v. City of St. Louis (2021):</u> The Supreme Court reinstated a lawsuit that alleges police officers in St. Louis, Missouri, used excessive force in subduing a man by putting their weight on his back inside a holding cell and killing him.

....<u>cases where a police officer knowingly files a false report, leading to a violation of a person's rights, the officer may lose their qualified immunity, meaning they can be sued personally for damages.</u>

13)*Federal Rules of Evidence*
*Rule 803 lists exceptions to the Rule Against Hearsay, including statements in ancient documents, market reports, and statements in learned treatises.*

*Texas Code of Criminal Procedure, Article 39.01*
*This article states that the state or defendant can use a witness's deposition in a criminal trial if the defendant was present when the testimony was taken and had the Police officers must avoid making false statements in affidavits or other official documents. The consequences for doing so can be serious, including:*
*Warrant abrogation: The warrant may be voided*
*Evidence suppression: Evidence may be suppressed*
*Civil liability: The officer may be held civilly liable*



**Complaint Attachment: Violations Of Civil Rights- (1983 Form)**
 False Statement  by Police Officer: J. BERNICO
        CAUSE NO. 146555046-01 TR 2023

*Employment termination: The officer may be terminated from their job*
*Criminal perjury charges: The officer may face criminal perjury charges .*

*14)The U.S. Supreme Court has declared that deliberate false statements in affidavits*
*are unlawful. Federal appellate courts have also ruled that intentionally omitting*
*important facts from an affidavit is unlawful.*

*15)A lawsuit against a police officer for making a false statement including themselves*
*in a scene they were not present at could be filed on grounds of false police report,*
*malicious prosecution, and potential violations of the Fourth Amendment if the false*
*statement led to an unlawful arrest or search, depending on the specific circumstances*
*and jurisdiction; this is often considered police misconduct and can be actionable under*
*federal civil rights statutes like 42 U.S.C. § 1983.*

---

*16)* **Key elements to prove in such a lawsuit:**
**False statement:**
*Clearly demonstrating that the officer knowingly included false information about their*
*presence at the scene in a police report or other official documentation.*

*17)* **CAUSE NO. 146555046-01 TR 2023 -** *shows Authenticated proof by taking Judicial*
*Notice of the full proceedings and viewing of Body Worn Camera Footage by :*
*ROOSEVELT L LINICOMN JR- which is all history obtained by the power of Judical*
*Noticed Facts -* **through public records; City of Houston;  (municipal courthouses)**
*these facts reveal that no Witnesses were available; officer J.Bernico made the report,*
*and took the other party's side;  without other information given- no supporting person*
*place , or,  thing which could demonstrate a logical answer for the misconduct…*

**Injury**
*18) This Caused Roosevelt L Linicomn Jr to loose, Health benefits and medical*
*coverage, The opportunity to have a true debate throught the insurance companies for*
*reimbursement purposes.*

Complaint Attachment: Violations Of Civil Rights- (1983 Form)
False Statement  by Police Officer: J. BERNICO
    CAUSE NO. 146555046-01 TR 2023

**19) <u>United States Supreme Court</u>**
**<u>Alleyne, 570 U. S., at 111, n. 1. Pp. 13-15.</u>**
**(2) Amicus responds that if Almendarez-Torres permits a judge to find the fact of**
**a conviction, that necessarily implies that a judge may also find the jurisdiction in**
**which the underlying offense occurred and-**
**the date it happened, which is generally enough to resolve the occasion's inquiry,**
**making sending it to a jury pointless...{*This findin***

*20) \*Materiality:*
*Proving that the false statement was "material" to the investigation, meaning it*
*significantly impacted the decision to arrest, search, or prosecute someone.*

*21) The false statement: CHANGING LANES NOT IN SAFETY*
*Caused Extreme damage to my insurance bill, loss of  freedom of choices to choose*
*from in the insurance industry- due to a hit on my record in the insurance industry from J*
*Bernico making the false report.*

*22) \*Intent to deceive:*
*Showing that the officer intended to mislead investigators or the court by making the*
*false statement.*

*23) J. Bernico - intended for the other party to win , and did n ever thing he could*
*possibly do to prove that- By violating Roosevelt L Linicomn Jr rights I*

*24) \*Harm suffered:*
*Demonstrating that the false statement caused the plaintiff tangible harm, such as*
*wrongful arrest, damage to reputation, or emotional distress.*

*25) The false statement- put me in lingerie term jeopardy with money issues, health*
*issues, and not having the privilege to get the help needed while the case was pending.*

*26) \*Legal considerations: <u>**The loss was Indefinitely unsecured and within violation**</u>*
*<u>**of legal standards- do to the Federal Violations of Civil Rights**</u>*

**Complaint Attachment: Violations Of Civil Rights- (1983 Form)**
False Statement  by Police Officer: J. BERNICO
    CAUSE NO. 146555046-01 TR 2023

27) Qualified immunity: Police officers often have qualified immunity, meaning they can be shielded from lawsuits : **_unless their actions clearly violated well-established legal rights._**

28) *Burden of proof: See: _Federal Rule 201 Judicial Notice_ - of Public Records - Video footage of the officers statement :
**_There Are No Witnesses_**

29) The plaintiff must prove their case by a preponderance of the evidence, meaning it is more likely than not that the officer made the false statement.

30) The video footage provided proof of the false statement by not having witnesses available for questions.

31) See: **_Griffin v. Carson - a trial court ordered redaction of a police report that contained an officer's opinion of the cause of an accident._**

32) *Potential legal claims: _The statement results in a lawsuit against the officer for $100,000 ; Loss of car $30,000 (×2) - this accident also caused future pain that was not treated as a result of J. Bernicos false statements,_
_Nerve damage in the neck area of Roosevelt L Linicomn Jr - which caused numbness in the fingers and left Arm due to pinched nerve. - $100,000_

33) *Intentional infliction of emotional distress:
If the false statement caused significant emotional distress, a claim for intentional infliction of emotional distress might be possible.

34) Emotional distress and intentional Infliction were established when the officer took sides- without a witness available for questions.; and violated Roosevelt L Linicomn Jr - Civil Rights. 5th Amendment due process was not applied ; due to this violation.
False Statement was Applied.

35) In Texas, trial courts have broad discretion in deciding whether to admit or exclude evidence. For example, in **_Griffin v. Carson_**, a trial court ordered redaction of a police report that contained an officer's **_opinion of the cause of an accident._**

Complaint Attachment: Violations Of Civil Rights- (1983 Form)
False Statement  by Police Officer: J. BERNICO
      CAUSE NO. 146555046-01 TR 2023

**36) April 16th 2023 J. Bernico made fault by admitting  that No Witnesses Were Available ;** But still took action with the statement that Roosevelt L Linicomn Jr CHANGED LANES WHILE NOT IN SAFETY- AS IF HE VIEWED THE ACCIDENT HIMSELF …

37) This statement caused an automatic loss - in the insurance claim… without the option to dispute the circumstances… It also caused all benefits that come with insurance to go- away . Including health coverage,  therapy, and medication coverage. This was a total loss ; which took a toll on me and Gwendolyn Dwrey's relationship on a later date. Because of the totaled car. And added money and expenses- which none were covered.
**Because officer J.Bernico blamed me for something out of the ordinary.**

38) Pictures show that my car was still in the right hand lane when struck by driver Josefina Serna. Bur Officer J.Bernico decided to violate ny rights instead of allowing the insurance companies to doban investigation.

39) This was a 5th, 9th and 10th Amendment Violation by an official who caused an international  injury to Roosevelt L.Linicomn in the amount of:

40) Josefina Serna did not show in court due to the Fact she automatically won $22,000 by J.Bernico making a false Statement… The traffic ticket <u>CAUSE NO. 146555046-01 TR 2023</u> was dismissed.

           **Relief Sought**

**Emotional Distress ; Financial Losses ; Physical Injuries ;**
** Severity of the False Statement**

  **$260,000**

Respectfully Submitted;
ROOSEVELT L.LINICOMN JR
3401 FANNIN ST.
HOUSTON TX 77004
MIKELINCOLM@GMAIL.COM.
 713-256-6878

TO: AAC Claim Status
SENT: Monday, December 18, 2023 12:01:22 PM Central Standard Time
SUBJECT: Roosevelt L Linicomn Jr (phone#- 713-256-6878); please correct clam status# 2304172322. ; this case was dismissed on: >December 13th 2023 the other party was in the wrong..pictures are available for Dispute along with facts of all interactions and after impact results.. ( below)
ATTACHMENTS: Wreckdismissed.pdf;

**CAUTION:** This email originated from outside of Kemper. Do not click links or open attachments unless you recognize the sender and know the content is safe.

" Exhibits "



## Houston Municipal Courts
Municipal Courts Department

CITY OF HOUSTON
MUNICIPAL COURTS
1400 LUBBOCK
HOUSTON, TX 77002

t (713) 837-0311
www.houstontx.gov/courts

### Order of Dismissal

CAUSE NUMBER: 146554046-01 TR 2023

THE STATE OF TEXAS
VS.
LINICOMN, ROOSEVELT L

IN THE MUNICIPAL COURT
COURT NO. 6
HOUSTON, HARRIS COUNTY, TEXAS

ON THIS DAY THE ABOVE ENTITLED AND NUMBERED CAUSE FOR THE OFFENSE OF **CHANGING LANES NOT IN SAFETY - ACCIDENT**, WAS BEFORE THE COURT, THE COURT HAVING CONSIDERED THE MOTIONS OF THE PARTIES, HEREBY ORDERS THAT THIS CAUSE BE DISMISSED FOR THE FOLLOWING REASON: CASE DISMISSED - COMPLAINING WITNESS ABSENT.

IN CERTAIN CASES AND DISMISSALS, YOU HAVE A RIGHT TO EXPUNCTION OF RECORDS AND FILES THAT RELATE TO AN ARREST FOR AN OFFENSE PUNISHABLE BY FINE ONLY UNDER ARTICLE 55.01 OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

December 13, 2023

*Kim Edwards*

12/13/2023
Date

KIM EDWARDS
JUDGE, MUNICIPAL COURT,
HOUSTON, TEXAS

Finding:   CASE DISMISSED - COMPLAINING WITNESS ABSENT

| | | |
|---|---|---|
| IF PAYMENT IS REQUIRED TO COMPLETE THIS TRANSACTION, CASHIER STATIONS ARE LOCATED ON THE FIRST FLOOR AT ALL COURT LOCATIONS. IF PAYMENT IS REQUIRED, AND NOT MADE TODAY, THIS MAY RESULT IN FULL PAYMENT OF FINES AND COSTS BECOMING DUE IMMEDIATELY. ADDITIONAL PENALTIES MAY APPLY. | Court Costs: | $0.00 |
| | Fine Amt: | $0.00 |
| | Fees: | $0.00 |
| | DPS Fees: | $0.00 |
| | Collection Fees: | $0.00 |
| | Time Served: | $0.00 |
| | Total Due: | $0.00 |

DISMISSAL

# Freed Law Firm

Phone: (713) 502-7256
Fax: (281) 677-4251



**To:** Anna Delgado    **From:** Robert Freed

**Fax:** 6306457466    **Pages:** 4

**Re: Claim No. 230417 23322    Date: April 25, 2023**

3100 Jeanetta Street #610, Houston, Texas 77063

Brought to you by SmartFax™





**Texas Department of Transportation**

125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | WWW.TXDOT.GOV

Mon, 24 April 2023

STATE OF TEXAS        §

This is to certify that I, Jim Markham, am employed by the Texas Department of Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Department referred to in the attached request with the crash date of Sun, 16 April 2023, which occurred in Harris County; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.



Jim Markham
Director, Crash Data & Analysis Section
Traffic Safety Division
125 East 11th Street
Austin, TX 78701-2483

OUR VALUES: *People • Accountability • Trust • Honesty*
OUR MISSION: *Connecting You With Texas*

An Equal Opportunity Employer



Texas Peace Officer's Crash Report (Form CR-3 4/1/2023)

Refer to the attached code sheet for numerical codes.
"These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)."

Questions? Call 844/274-7457

Page 1 of 4

County: HARRIS
Date (MM/DD/YYYY): 04/16/2023
Case ID: 0028597223F
Crash ID: 20231317218

Road on which crash occurred: WHIRLING ROAD, SW

RWY-TECH TOWING
16700 KUYKENDAHL RD #2904, HOUSTON, TX 77068
4722 W 18TH ST



UNREDACTED

Crash ID  19464717.3/20231712503

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

UNIT 1 WAS TRAVELING S/B IN LANE 1 OF
33 BUS. UNIT 2 WAS TRAVELING S/B IN LANE 2 OF 3900 N MAIN ST. UNIT 2
CHANGED LANES WHEN UNSAFE (ACC). UNIT 1 OF 2 ON 3900 N MAIN ST. UNIT 2
(3-10-3). SWC ACTIVATED. ((Investigator's Assignment: Central))

Field Diagram - Not to Scale

HOUSTON POLICE DEPARTMENT

Date Arrived (MM/DD/YYYY)  0 4 / 1 6 / 2 0 2 3

Investigator (Printed Name)  Desmico, E.

ID  10410

Service/Replion/DA  A  0 2  1 8 4 0



# Houston Municipal Courts
Municipal Courts Department

MUNICIPAL COURTS
1400 LUBBOCK
HOUSTON, TX 77002

T. (713) 837-0311
www.houstontx.gov/courts



## Order of Dismissal

### CAUSE NUMBER: 146554046-01 TR 2023

THE STATE OF TEXAS
VS.
**LINICOMN, ROOSEVELT L**

IN THE MUNICIPAL COURT
COURT NO. 6
HOUSTON, HARRIS COUNTY, TEXAS

ON THIS DAY THE ABOVE ENTITLED AND NUMBERED CAUSE FOR THE OFFENSE OF **CHANGING LANES NOT IN SAFETY - ACCIDENT**, WAS BEFORE THE COURT. THE COURT HAVING CONSIDERED THE MOTIONS OF THE PARTIES, HEREBY ORDERS THAT THIS CAUSE BE DISMISSED FOR THE FOLLOWING REASON: CASE DISMISSED - COMPLAINING WITNESS ABSENT.

IN CERTAIN CASES AND DISMISSALS, YOU HAVE A RIGHT TO EXPUNCTION OF RECORDS AND FILES THAT RELATE TO AN ARREST FOR AN OFFENSE PUNISHABLE BY FINE ONLY UNDER ARTICLE 55.01 OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

December 13, 2023

*Kim Edwards*

KIM EDWARDS
JUDGE, MUNICIPAL COURT,
HOUSTON, TEXAS

12/13/2023
Date

Finding:     CASE DISMISSED - COMPLAINING WITNESS ABSENT

| IF PAYMENT IS REQUIRED TO COMPLETE THIS TRANSACTION, CASHIER STATIONS ARE LOCATED ON THE FIRST FLOOR AT ALL COURT LOCATIONS. IF PAYMENT IS REQUIRED, AND NOT MADE TODAY, THIS MAY RESULT IN FULL PAYMENT OF FINES AND COSTS BECOMING DUE IMMEDIATELY. ADDITIONAL PENALTIES MAY APPLY. | | |
|---|---|---|
| | Court Costs: | $0.00 |
| | Fine Amt: | $0.00 |
| | Fees: | $0.00 |
| | DPS Fees: | $0.00 |
| | Collection Fees: | $0.00 |
| | Time Served: | $0.00 |
| | **Total Due:** | $0.00 |

DISMISSAL
Created on 12/13/2023 8:52 AM

# Mrs. Josefina Serna in case# _05 3 5 9 7 2 - 2 3_

First lied on Officer J. Berinco body Camera; saying that I threw a beer...



Then she lied and said that I turned around in the street.

But at no time did she admit to being on the phone.

**\*No Beer was recovered from the scene;**
**..and No-one saw such an action being made.**

**Otherwise I would have had a DWI; and I'm sure someone would have seen such an stupid move being made!**

---

# <u>Facts</u>

# <u>April 16th 2023</u>

**Josefina Serna**, turned the corner after I passed the intersection, a few other cars had already passed me by (as i watched the rear view - waiting for my turn); she then came to a complete stop; as if she was allowing me to turn.

I paid attention; she stood there for a quick second; after observing her a while, she then progressed speed and ran directly into the right hand lane hitting only my drivers side door.

---

## \*Reminder\*

## I was still in my lane as she hit me.



## And I had full control over my lane before, and after the incident!

Her car bounced off of mine and slid to the left after the impact. The only thing I was allowed to do was partially prepare for impact.

I never had a chance to move the vehicle; but as you all can see my car was spent the opposite direction by the impact!

*The Full Car was still in the Right hand Lane on the Photos and on the Body Camera Footage.

See:Exhibit __# 5__

See: Body Camera Footage.

My black truck is much larger than the 2012 Ford Edge; And there is still extreme room in the right hand lane; enough for a bike to pass!

So how could this have happened?

Simple: Not paying attention and being on the phone.

So Many wrecks are caused by this action, (every year)

Miss Josefina Serna had "two phones" in her hand after I claimed out the Vehicle, my driver door and front door was mended closed.

She didn't even bother to ask me if i was  ok!

## Here's a question of Law?

If indeed: **A police officer's "Opinion" is Based on a "Witness" Perception.**

Then how could I be the only one at fault?

This case involves a Plaintiff and a Defendant, (**nothing else**) as you can see on Body Camera / Video Footage:

(OFFICER J. BERNICO SAID HIMSELF)

"THERE ARE NO WITNESSES"

(So) IF THE LAW STANDS...

 IN THIS COURTROOM; OFFICER BERNICO'S - OPINION IS WORTHLESS; COMPARED TO DIRECT EVIDENCE.

**SEE: (Case Law)** Exhibit #2

## 14th AMENDMENT

## Equal Rights

Why didn't both parties receive a ticket?

**According to law, a police officer doesn't have the authority to pop up at any scenery and point the finger at someone who he/**

**she believes did something wrong "unless there is evidence to prove it".. <u>this is an 8th Amendment Violation.</u>**



---

<u>Art. 2.03. NEGLECT OF DUTY.</u>

<u>Text of subsection effective until January 01, 2025</u>

<u>(a) It shall be the duty of the attorney representing the State to present by information to the court having jurisdiction, any officer for neglect or failure of any duty enjoined upon such officer, when such neglect or failure can be presented by information, whenever it shall come to the knowledge of said attorney that there has been a neglect or failure of duty upon the part of said officer; and he shall bring to the notice of the grand jury any act of violation of law or neglect or failure of duty upon the part of any officer, when such violation, neglect or "failure is not presented by information", and whenever the same may come to his knowledge.</u>

---

<u>Office Berinco wasn't on the scene, when the Wreck happened to provide a direct outlook.</u>

<u>So why did he take sides?</u>

<u>There were no witnesses available for Questions!</u>

<u>This was a Bias or Prejudice Act, (and) an 8th and 14th Amendment Violation of a United States Citizens rights.!</u>

.. clearly the perception of the wreck is a "direct hit" on the driver's side door of the 2012 Ford Edge; which was driven by :Defendant (Roosevelt L Linicomn Jr), all you have to do is look at the Ford Edge, and listen to Miss Serena's story.

**There is no way what she said could have happen.**

Please add to that note that I'm still in my lane, (**before and after the Wreck**)

See: Body Camera Footage
See: Pictures /Exhibits
**See: Officers Opinion (Law) Exhibit** #2

Miss Serna veered off to the right,..and caused the wreck to happen!

This happened from Miss Serna being on the phone..@ 5:45pm on April 16 2023.

Your Honor:
According to the 5th and 7th and 8th Amendment.

(PLEASE)  Allow me to show photos of all sections of the scene right after the wreck, and show Diagrams of the street view for my Defense.

~~Also the "inside of the establishment" that the wreck happened in front of.~~

**Roosevelt's car is only hit in the "door area"  (driver door).. {nothing else was more directly  damaged}.**

There was no headlight busted out , no front bumper damage,  no full front of car damage (or) anything else;

Miss Serena followed the procedure of being on the phone at a moment in time when she could not conduct herself in a reasonable way; and while disturbed, she incorrectly ran into my car, hitting only the driver side door!

And so let it be known that these exhibits are on file.,

.., which also "shows pictures" of cameras at the establishment  located at: 3930 Main st.

And officers Body Camera

Let this evidence be a natural sighting of what happened along with the fact that the **Officer took sides without proper inspection.**

~~Let it also be known, with your own natural eye that the pictures that were taken while inside of that establishment. Which disallows anyone to see directly across the street when the traffic is going South and North.~~

~~I was on the right hand side going South; Defendant was on the left hand lane going South there is no way possible that anyone will be able to see an accident from inside of that establishment.~~

~~I said this because (at first) The District Attorney said that there were witnesses…~~

----------------------------------------

<u>I never even had a chance to move my car out of the yellow lines. The pictures and evidence should surely show this!</u>

The above is correct under penalty of perjury…

X _(signature)_

X _December 13th 2023_

Roosevelt L Linicomn Jr
713-256-6878
Mikelincolm@gmail.com
3401 Fannin. St
Houston Tx 77004



CAMERA

https://photos.google.com/photo/AF1QipPZd_gsMlao8w_CTTDE1iWq28R2ytlogSzhevAr



AFTER DAMAGE!

https://photos.google.com/photo/AF1QipMeVntxnstrgTxPqq7pl7nCau1fh5e0J8z  KKwr



my CAR                    other CAR              (b)



Direct Hit Area 1



Inside Establishment (6)

#2



(9)

Inside
Establishment

#1



I Never Changed Lanes-

I attempted; by blowing my horn at Miss Serna , after she came to that complete stop,..(after she turned past the Stop Sign).

But Miss Serna started coming at a high rate of speed which caused me to observe her more., (right after I blew the horn)..

When she sped up, she then dashed into me hitting the driver's side door.

## SEE: EXHIBITS> 4 through 9

**Exhibit 5:can be used to show a great example of how easy it is for a car to go quickly right, and hit at an angle.**

**THESE EXHIBITS> {Are pictures of the Actual "Wreck" they show the angle of impact from Miss Serna's SUV; and the direction she pushed my car in from the impact; which is Illustrated in: EXHIBIT # 5; This "EXHIBIT" which also shows me still being in my lane and having full possession of my lane after the Wreck}**

At that moment (after the wreck) I felt this had to be on purpose or either she was on the phone.

After I crawled out of the car, I saw her holding two phones.

I didn't get a chance to take a picture of it Because my phone was in the car at that time.





Texas Rules of Evidence

Case # 0535972-23

Exhibit #2

1 of 5

FILED
GREGORY PRIER, MPA
Clerk of the Courts

OCT 1 7 2023

City of Houston
Harris County, Texas

By: _____
Deputy Clerk

Art. 2.03. NEGLECT OF DUTY.  (a)  It shall be the duty of the attorney representing the State to present by information to the court having jurisdiction, any officer for neglect or failure of any duty enjoined upon such officer, when such neglect or failure can be presented by information, whenever it shall come to the knowledge of said attorney that there has been a neglect or failure of duty upon the part of said officer; and he shall bring to the notice of the grand jury any act of violation of law or neglect or failure of duty upon the part of any officer, when such violation, neglect or failure is not presented by information, and whenever the same may come to his knowledge.

(b) It is the duty of the trial court, the attorney representing the accused, the attorney representing the state, and all peace officers to so conduct themselves as to insure a fair trial for both the state and the defendant, not impair the presumption of innocence, and at the same time afford the public the benefits of a free press.

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.  Amended by Acts 1967, 60th Leg., p. 1733, ch. 659, Sec. 3, eff. Aug. 28, 1967.

The following article was amended by the 88th Legislature. Pending publication of the current statutes, see H.B. 4504, 88th Legislature, Regular Session, for amendments affecting the following section.



20230416_181936.jpg



Exhibit # 4

(22)

MRs. "SERNA" dashe into me in the Above

direction causing this damage!

I never got out of my Lane!

X
X                4-19-23



Exhibit #5

The Accident Shows how MRS. SERNA Bounced off of my vehicle After dashing into me! I never Lost my Lane while I observed MRS. JOSEFINA SERNA Run directly into me I sAt At A Still motion the Entire time, think MRS. JOSEFINA SERNA wAs going to Allow me to get over — but instead She wAs not focred & Run into



↑ MRs SERNA while I was PARKed/Stopped w/ my ↑
blinker on RAN directly into my CAR!
My LAWER's ARE Checking for CAMERA's!

I NEVER did move out of my
LANE!    Exhibit # 6

My CAR Above Left
* Roosevelt L. *

* MRs. Josefina SERNA CARs
Above Right



Hot, Clear,

mild traffic

on (26) - 4-16-23

Happen At:

5:45 pm

X (K Y)

X 4-19-23

signed date

Exhibit #

(R.J)

7

(Seven)

3996 N Main St

11 months ago · See more dates

This (is) only (A) picture) of the Street in Question.

(R1)



The Law is build on Common Sence ☞

So Anyone "CAN see" (if) MR. SERNA was going the speed limit of 30 m p h At this time And Paying Attention she would not have Hit A parke. CAR! { Check the Camera! }

X ____
X ____ 4- 19- 23

Exhibit # 8



Observe the front End of MRS. Josefina SeRNA's CAR!

NOW! Look at the side    NOthing!

If I would have moved there would be lines caused by me — but instead the impact was cause by MRs. SerNA!

Check the CAMERA's!....

4-19-23

Exhibit #9

| Houston Police Department Supplemental Information Page | ORI Num. | T X H P D 0 0 0 0 | | 3 5 Page 1 of 1 |
|---|---|---|---|---|

| Crash Date (MM/DD/YYYY) 04 / 16 / 2023 | Crash Time (24HRMM) 1750 | Case ID 0053597223F | Local Use |
|---|---|---|---|

## STATEMENTS

Unit No: 1 Person No: 1 Person Type: 1 JOSEFINA  SERNA
Home: 3823 RANCH ST HOUSTON, TX 77026 Phone: 2817609771
Work:  Phone:

STATEMENT NOT VERBATIM:

SAID SHE WAS GOING SOUTH ON N MAIN ST IN THE LEFT LANE.  SAID THE OTHER VEHICLE TURNED IN FRONT OF
HER.

630 645 - 7486 -

AnnA delgato# ext# 1542133

888 - 663 - 5443 (BAby) Inc Company

KRisten GAle Steen ] [ Clamn # 2304-172322 }
LAset MARtinez

PRogressive # clam : 23-2980398
1844-999-3652          4-16-23 WReck

Amber Boyd.          682-999-3553

Livbility. Dispato

| Investigator Name (Printed) R. Bernico | Report Date (MM/DD/YYYY) 04 / 16 / 2023 |
|---|---|

| Houston Police Department Supplemental Information Page | ORI Num. | T X H P D 0 0 0 0 | Page | 4 | of | 5 |

| Crash Date (MM/DD/YYYY) | 04 / 16 / 2023 | Crash Time (24HRMM) | 1750 | Case ID | 0053597223F | Local Use |

## STATEMENTS

Unit No: 2 Person No: 1 Person Type: 1 ROOSEVELT LINICOMN
Home: 16700 KUYKENDAHL RD #2904 HOUSTON, TX 77068 Phone: 7132566878
Work:  Phone:

STATMENT NOT VERBATIM:

SAID HE HAD JUST LEFT THE STORE DOWN THE STREET.  SAID HE WAS IN THE RIGHT LANE AND TURNED HIS SIGNAL
ON.  SAID HE STOPPED AND THE OTHER VEHICLE LOOKED LIKE THEY WERE GOING TO LET HIM GO.  SAID THE OTHER
VEHICLE HIT HIM AND THE OTHER DRIVER WAS ON THE PHONE.



| Investigator Name (Printed) | R. Bernico | Report Date (MM/DD/YYYY) | 04 / 16 / 2023 |

Law Enforcement and TxDOT Use Only

| FATAL | CMV | SCHOOL BUS | RAILROAD | MAB | SUPPLEMENT | ACTIVE SCHOOL ZONE | Total Num. Units | 2 | Total Num. Prsns. | 2 | TxDOT Crash ID |

# Texas Peace Officer's Crash Report (Form CR-3 4/1/2023)

Refer to Attached Code Sheet for Numbered Fields

Questions? Call 844/274-7457

Π = These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 5

## IDENTIFICATION & LOCATION

| Crash Date (MM/DD/YYYY) | 04 / 16 / 2023 | Crash Time (24HRMM) | 1750 | Case ID | 0053597223F | Local Use |

| County Name | Harris | | City Name | Houston | | Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? Yes / No | Latitude (decimal degrees) | Longitude (decimal degrees) —

### ROAD ON WHICH CRASH OCCURED

| 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 3900 | 3 Street Prefix | N | Street Name | MAIN | 4 Street Suffix |

| Private Drive or Road, Private Property, Parking Lot | 3 Dir. of Traffic | SE | Toll Road/ Toll Lane | Speed Limit | 30 | Const. Zone | Yes / No | Workers Present | Yes / No | Secondary Crash | Yes / No | Street Desc. | CONCRETE |

INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. | Yes / No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | | 3 Street Prefix | | Street Name | TEMPLE | 4 Street Suffix | ST |

| Distance from Int. or Ref. Marker | 50.00 | FT / Mi | 3 Dir. from Int or Ref. Marker | S | Ref. Marker | | Speed Limit | | Street Desc. | CONCRETE | | RRX Num. |

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 1 | 5 Unit Desc. | 1 | Parked Vehicle | Hit and Run | LP State | TX | LP Num. | PYS4372 | | VIN | K L 7 9 M T S L 2 N B 0 1 8 1 1 1 |

| Veh. Year | 2022 | 6 Veh. Color | SIL | Veh. Make | CHEVROLET | Veh. Model | TRAILBLAZER | | 7 Body Style | SV |

| Responder Struck (Explain in Narrative if checked) | 8 Autonomous Unit | NO | 9 Autonomous Level Engaged | NO AUTOMATION | Police, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 10 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 26860267 | 11 DL Class | C | 12 CDL End. | 96 | 13 DL Rest. | 96 | DOB (MM/DD/YYYY) | 07 / 29 / 1985 |

Address (Street, City, State, ZIP) 3823 RANCH ST HOUSTON, TX 77026

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Alc. Spec. | 24 Alc. Result | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SERNA, JOSEFINA | N | 37 | H | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| Owner Lessee | Owner\Lessee Name Address | JOSEFINA SERNA 3823 RANCH ST HOUSTON TX 77026 |

| Proof of Fin. Resp. | Yes / No | Expired Exempt | 28 Fin. Resp. Type | 1 | Fin. Resp. Name | PROGRESSIVE | Fin. Resp. Num. | 949407085 |

| Fin. Resp. Phone Num. | | 29 Vehicle Damage Rating 1 | 1 - F R - 3 | 29 Vehicle Damage Rating 2 | | Vehicle Inventoried | Yes / No |

| Towed By | OSCAR'S WRECKER SERVICE | Towed To | 3509 LOCKWOOD DR |

| Unit Num. | 2 | 5 Unit Desc. | 1 | Parked Vehicle | Hit and Run | LP State | TX | LP Num. | RTX5112 | | VIN | 2 F M D K 3 G C 0 C B A 8 0 9 6 2 |

| Veh. Year | 2012 | 6 Veh. Color | SIL | Veh. Make | FORD | Veh. Model | EDGE | | 7 Body Style | SV |

| Responder Struck (Explain in Narrative if Checked) | 8 Autonomous Unit | NO | 9 Autonomous Level Engaged | NO AUTOMATION | Police, Fire, EMS on Emergency (Explain in Narrative if Checked) |

| 10 DL/ID Type | 4 | DL/ID State | TX | DL/ID Num. | 15705047 | 11 DL Class | 5 | 12 CDL End. | 5 | 13 DL Rest. | 5 | DOB (MM/DD/YYYY) | 11 / 20 / 1981 |

Address (Street, City, State, ZIP) 16700 KUYKENDAHL RD #2904 HOUSTON, TX 77068

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LINICOMN, ROOSEVELT | N | 41 | B | 1 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| Owner Lessee | Owner\Lessee Name Address | GWENDALYN DREWY 4010 W BELLFORT AVE APT 404 HOUSTON TX 77025 |

| Proof of Fin. Resp. | Yes / No | Expired Exempt | 26 Fin. Resp. Type | 1 | Fin. Resp. Name | AMERICAN ACCESS CASUALTY | Fin. Resp. Num. | 42AU001016732 |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 8 - L D - 3 | 27 Vehicle Damage Rating 2 | | Vehicle Inventoried | Yes / No |

| Towed By | HY-TECH TOWING | Towed To | 4722 W 18TH ST |

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 4/1/2023)     Case ID    0053597223F     TxDOT Crash ID                              Page 2 of 5

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|-----------|------------|----------|----------|-----------------------------|------------------------|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|-----------|------------|--------|-------------------------|
| 2 | 1 | CHANGING LANES NOT IN SAFETY | 146554046 |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|--------------------------------------|--------------|-----------------|
| | | |

## CMV

| Unit Num. | 10,001 + LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes No | 30 Veh. Oper. | 31 Carrier ID Type | Carrier ID Num. | |
|-----------|---------------|----------------------------------|-------------|------------------------------|---------------|--------------------|-----------------|---|

Carrier's Corp. Name | Carrier's Primary Addr. | | | | 32 Veh. Type

| 33 Bus Type | RGVW GVWR | HazMat Released Yes No | 34 HazMat Class Num. | HazMat ID Num. | 34 HazMat Class Num. | HazMat ID Num. | 35 Cargo Body Type |
|-------------|-----------|------------------------|----------------------|----------------|----------------------|----------------|--------------------|

| Unit Num. | RGVW GVWR | 36 Trlr. Type | CMV Disabling Damage? Yes No | Unit Num. | RGVW GVWR | 36 Trlr. Type | CMV Disabling Damage? Yes No |
|-----------|-----------|---------------|------------------------------|-----------|-----------|---------------|------------------------------|

| Sequence Of Events | 37 Seq. 1 | 37 Seq. 2 | 37 Seq. 3 | 37 Seq. 4 | Intermodal Shipping Container Permit Yes No | Actual Gross Weight | Total Num. Axles |
|--------------------|-----------|-----------|-----------|-----------|---------------------------------------------|---------------------|------------------|

## FACTORS & CONDITIONS

| Unit Num. | 38 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 39 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 40 Weather Cond. | 41 Light Cond. | 42 Entering Roads | 43 Roadway Type | 44 Roadway Alignment | 45 Surface Condition | 46 Traffic Control |
|-----------|------|------|------|------|------|------|------|------|------|------|------|
| 2 | 4 | | | | 1 | 1 | 97 | 1 | 1 | 1 | 17 |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets If Necessary)

UNIT 1 WAS TRAVELING S/B IN LANE 1 OF 2 ON 3900 N MAIN ST.

UNIT 2 WAS TRAVELING S/B IN LANE 2 OF 2 ON 3900 N MAIN ST.

UNIT 2 CHANGED LANES WHEN UNSAFE (ACC).

UNIT 1 (1-FR-3) STRUCK UNIT 2 (8-LD-3).

BWC ACTIVATED.

Investigator's Assignment: Central

Indicate North

Field Diagram - Not to Scale

SEE ATTACHED DRAWING ON THE LAST PAGE

## INVESTIGATOR

| | | | |
|---|---|---|---|
| Date Notified (MM/DD/YYYY) | 04 / 16 / 2023 | Time Notified (24HRMM) 1751 | How Notified HPD DISPATCHED |
| Date Arrived (MM/DD/YYYY) | 04 / 16 / 2023 | Time Arrived (24HRMM) 1755 | Report Date (MM/DD/YYYY) 04 / 16 / 2023 |
| Date Roadway Cleared (MM/DD/YYYY) 04 / 16 / 2023 | Time Roadway Cleared(24HRMM) 1810 | Date Scene Cleared (MM/DD/YYYY) 04 / 16 / 2023 | Time Scene Cleared(24HRMM) 1840 |
| Invest. Comp. Yes No | Investigator Name (Printed) R. Bernico | | ID Num. 10410 |
| ORI Num. T X H P D 0 0 0 0 | Agency HOUSTON POLICE DEPARTMENT | | Service/ Region/DA 02A20 |

# INSTRUCTIONS
## (TRAFFIC CITATION)

Failure to resolve your citation(s) by one of the following options before your scheduled court date may result in (1) Issuance of a warrant for your arrest and an ADDITIONAL CHARGE FOR FAILURE TO APPEAR (with a fine of $244), (2) Denial of the renewal of your Driver's License, (3) Denial of the registration or re-registration of any motor vehicle, and (4) An ADDITIONAL DHS Reimbursement Fee of $10 PER VIOLATION, and (5) A WARRANT FEE of $50.

## Your Options to Pay or Resolve This Ticket:

- **Schedule of Fines:** See page 2
- **Pay by Mail:** Use the attached envelope to send personal check, cashier's check, or money order payable to: "City of Houston Municipal Courts." Do NOT send cash. Paying by check authorizes the City of Houston to send the information from your check electronically to your bank for payment. Your account will be debited in the amount of your check and the transaction will appear on your bank statement. You will not receive your cancelled check back. If we cannot post the transaction electronically, you authorize us to present a copy of your check for payment. See instructions on page 4.
- **Pay Online:** Visit www.houstontx.gov/courts and Click "How Do I?" Then Click "Pay My Ticket"
- **Pay with Credit Card:** See instructions on page 4 and page 6.
- **Pay by Telephone:** Call 311 or (713) 837-0311.
- **Pay with Western Union:** Cash payment, see instructions on page 6.
- **Pay in Person:** At any of the locations listed on page 4. Days and hours of operation are subject to change.
- **Request Driving Safety Course:** Cannot pay online. See page 3.
- **Request Deferred Disposition:** Cannot pay online. See page 5.
- **Consequences of Neglecting This Ticket:** See page 4.
- **Juvenile Appearance Requirements:** See page 4.
- **Juvenile Warning:** See page 4.
- **Contesting Your Ticket:** See instructions on page 4 and fill out "Plea of Not Guilty" on page 4 and 5.
- **Misdemeanors Involving Family Violence:** Must appear in person. Cannot pay online nor by mail. See page 2.

REVISED 09/2022

### RETAIN FOR YOUR RECORDS

Check one of the following:

☐ Payment Online ☐ Payment by Western Union ☐ Request Trial
☐ Payment by Mail ☐ Payment in Person ☐ Request DSC/MOTC
☐ Payment by Credit Card ☐ Payment by Telephone ☐ Request Deferred Disposition

Citation Number: **146554046**

Date Issued: **4-19-23**

**Remember:** You may appear in any City of Houston Municipal Court on or before your arraignment court date.

When you appear in Municipal Court, if you plead guilty or are found guilty by Judge or Jury and you are indigent or unable to pay the fines and court costs you can:

- Request time to pay
- Request community service
- Request a Hearing to determine your ability or inability to pay

To provide feedback regarding the officer who issued your citation, please visit our website for contact information at www.houstontx.gov/courts.

☎ **For citation status or general information call:** 311 or (713) 837-0311
**Para más información en español llame a 311 or (713) 837-0311.**

The City of Houston is committed to compliance with the Americans with Disabilities Act. Reasonable accommodations and equal access to communications will be provided upon request. For further information or if you need accommodations due to a disability call 311 or (713) 837-0311 or visit our website at www.houstontx.gov/courts. Telecommunications for the Hearing Impaired (TDD) call 711 or 1-800-735-2988.

page 1

---

## REQUESTING DEFERRED DISPOSITION

Deferred Disposition is a suspended sentence. Deferred Disposition will avoid points against your license. You must request approval for Deferred Disposition on or before your arraignment date. Upon your plea of guilty or no contest, the Court will defer a finding of guilt, assess court costs, and order that you post a bond and comply with certain conditions.

If you successfully comply with the terms, your case will be dismissed and the bond money applied to a special expense fee. If you fail to comply with the terms, a judgment will be imposed, a conviction will be reported to DPS, and the bond money will be applied to the fine.

*IMPORTANT: IF YOU ARE UNDER THE AGE OF 25 YOU WILL BE ORDERED TO TAKE A DRIVING SAFETY COURSE AS A CONDITION OF DEFERRED DISPOSITION.*

YOU ARE NOT ELIGIBLE FOR DEFERRED DISPOSITION IF:
- You hold a Commercial Drivers License (CDL)
- You commit an offense in a construction zone with workers present

REQUEST BY MAIL
Your application by mail will be reviewed and you will be notified by mail if your request for Deferred Disposition is granted and the terms of your probation will be provided.

There are certain cases which require you to appear in person to request Deferred Disposition. Requests by mail will NOT BE ACCEPTED for the following offenses:
- Speeding 25 miles per hour or more over the posted speed limit*
- Passing a school bus*
- No liability insurance*
- Non-traffic cases*
- Juvenile cases (must appear in person with a parent or guardian) *
- Misdemeanors involving family violence

- You may apply for Deferred Disposition for these offenses in person prior to your scheduled court date at any court location on or on your scheduled court date/time. Bond amounts are set by the court and may vary.

IF YOU QUALIFY FOR DEFERRED DISPOSITION BY MAIL, PLEASE SUBMIT THE FOLLOWING:
1. Copy of your valid Drivers License
2. Copy of current proof of insurance
3. Payment of court costs and bond in the amount of:
   - $258.90 for each non-accident speeding of 14 miles or less than the posted speed limit
   - $283.90 for each non-accident speeding of 15 miles to 25 miles over the posted speed limit
   - $309.90 for each accident case
   - $243.90 for each non-accident traffic case
   - $263.90 for each non-accident school zone case
   - Signed Deferred Disposition application (see application below)
4. You may apply for Deferred Disposition at any court location on or before your scheduled court date and time. Present the same requested items as by mail. Bond amounts are set by the court and may differ. The Judge may or may not grant your request.

## Deferred Disposition Application
**(Choosing Deferred Disposition will avoid points against your License.)**
I wish to apply for Deferred Disposition. I give up my right to a jury trial, discovery and plead
☐ guilty  ☐ no contest.

Citation Number _____

Description of Violation(s) _____

Name _____
  Print First Name    MI    Last Name

Phone _____ Date of Birth _____/_____/_____
                          Month Day Year

## Plea of "Not Guilty" By Mail

You have a right to a jury trial, unless you give up that right and request a judge trial.

If you wish to set your case for trial, check one of the following options, complete and sign this form, and mail it to the City of Houston Municipal Courts.

Check One:

☐ I plead "Not Guilty," give up my right to a jury trial, and request a judge trial.

☑ I plead "Not Guilty" and request a jury trial.

Citation Number: **146554046**

Description of Violation(s): **Changing Lanes not in safety, (Acc)**

Name: **Roosevelt (L) Lincomn Jr.**
    First Name         MI       Last Name

Phone: **(713) 256-6878**  Date of Birth **11**/**20**/**1981**
                                   Month  Day  Year

Address: **3401 Summit St.**

City: **Houston, TX**  State **TX**  Zip **77004**



Signature _____  Date **4**/**19**/**23**
                                      Month Day Year

All mail should be addressed to:  City of Houston Municipal Courts



Licence Plate: (Exhibit # 2)

x _____

x  4-19-23 _____

Houston Police Department
Case#

Citizen Exchange of Accident Information

Accident Location: 3400 N. Main St

Date: 4/16/23                          Time: 1750

Other Vehicle: LP State TX  LP# PYS4372  VIN# KL79MRSL0NB08111

Year 2020 Color Silver Make Chevrolet  Model Traverse Body Suv

DL State: TX  DL# 26860267              End:    Rest:    DOB 7/29/13

Driver of Other Vehicle: Josefina Serna

Address:                                               Phone# 281-760-9

Drivers Insurance Information: Company Name Progressive

Policy #: 941940 1085

JOSEFINA SERNA : INC INFORMATION

Exhibit #3

X

X    4-19-23

# <u>Motion for Dismissal</u>

# <u>(Of)</u>

# <u>Case# 0535972-23</u>

# <u>(Ticket# 146554046)</u>

FILED
GREGORY PRIER, MPA
Clerk of the Courts

OCT 1 7 2023

City of Houston
Harris County, Texas

By: _____ Yvonne Munoz
Deputy Clerk

**#1)** <u>Roosevelt L Linicomn Jr -in the case # below  and above moves this court for a Dismissal under the following circumstances...</u>

Roosevelt L Linicomn Jr filed for Discovery and Inspection of Evidence on:  **June 08, 2023**

**#2) Over 4 months ago;and there has been "No Response from the District Attorney's Office or person in interest in this case".**

**#3)No Law upholds the right to NOT have disclosing facts or proper time to prepare a defendant or defense against opponents in civil,federal,state, or Municipal Court's.**

**#4)Thus; this is an 8th Amendment Violation and a 5th Amendment Violation. Cruel and unusual punishment; and Violation of Due Process.**

**#5) Furthermore; for (any) Officer(s) to make an "Opinion"  that is worthless and "WITHOUT FACTS" is beyond me, or any good standing Citizens of United States of America.**

**#6) FACTS ARE EITHER LOCATED (<u>WITHIN THE REPORT);</u> WITHIN THE FREESTANDING WITNESS WHO GIVES A STATEMENT (OR) <u>STATEMENTS WHILE ON/AT THE SCENE OF THE CRIME;</u>**

**(AND IN RESPONSE) TO THAT DOCUMENTED FACT; BY NAME OF THE PARTIES WRITTEN OR RECORDED STATEMENTS.**

**THE OFFICERS OPINION WILL THEN STAND FOR SOMETHING!**

#7

OTHERWISE THE OFFICERS OPINION IS WORTHLESS; BEING NOT AT THE SCENE OF THE CRIME,OF HAVING TAKEN PLACE DURING THE EVENTS ON FILE.

---

# SEARCH : Laws and Facts

### (Attachment)
### (5 pages)

FILED
GREGORY PRIER, MPA
Clerk of the Courts

OCT 1 7 2023

City of Houston
Harris County, Texas
By: _Yvonne Nunez_
Deputy Clerk

{SEE:Art 2.03:  NEGLECT OF DUTY } (page#2)

#7) There were "NO WITNESSES"- so how did this officer look at the damage and put this obvious fault of someone else on (me) Roosevelt L. Linicomn Jr.,??

This indeed was an "Bias or Prejudice Police Officer"-

*-(See:) Pictures from Wreck;
…there is no way possible to "turn" in front of the other party, and still have "full possession" of the Right Lane; before and after the incident.

SEE: Rule 701 (Texas) (page 1)

#8)Officer Bernico gave his own Bias perspective of what he wanted to happen, and this came with any witness document,  or clearly the correct judgment, or evidence.

SEE: Art 2.04  Shall Draw Complaints (page 5)

#9- Finally seeing that NO WITNESSES WERE AVAILABLE TO MAKE CLEAR RELIABLE STATEMENTS, ON FILE,ON RECORDED BODY CAMERA OR OTHER DATA: THERE CAN BE NO FACTUAL OPINION FROM OFFICER BERNICO!

THIS THIS WILL BE AN 8TH AMENDMENT VIOLATION OF UNITED STATES CONSTITUTION..!!!

#2

<u>UNDER THE ABOVE CIRCUMSTANCES AND AMENDMENTS OF THE UNITED STATES
CONSTITUTION, I ROOSEVELT L LINICOMN JR MOVE THIS COURT FOR A DISMISSAL
OF THE ABOVE COURT CASES AND CHARGES.</u>

<u>FUTHER MORE REASONS ARE THAT:</u>

<u>"IF THE DISTRICT ATTORNEY DOES NOT DISCLOSURE INFORMATION TO THE
DEFENDANT THEN IT ALSO CAN-NOT BE USED IN OR AT ANY TRIAL SETTING.</u>

<u>SEE: ART: 39.14</u>

FILED
GREGORY PRIER, MPA
Clerk of the Courts

OCT 17 2023

City of Houston
Harris County, Texas
Yvonne Nunez
By: _____
Deputy Clerk

**Case# 0535972-23**

**(Ticket# 146554046)**

X _____

X _____

October - 17th 2023

# 3

Art. 2.024.   TRACKING USE OF CERTAIN
TESTIMONY.   (a)   In this article:
   (1)   "Attorney representing the
state" means a district attorney, a
criminal district attorney, or a
county attorney with criminal
jurisdiction.
   (2)   "Correctional facility" has
the meaning assigned by Section 1.07,
Penal Code.
   (b)   An attorney representing the
state shall track:
   (1)   the use of testimony of a
person to whom a defendant made a
statement against the defendant's
interest while the person was
imprisoned or confined in the same
correctional facility as the
defendant, if known by the attorney
representing the state, regardless of
whether the testimony is presented at
trial; and
   (2)   any benefits offered or
provided to a person in exchange for
testimony described by Subdivision
(1).

Added by Acts 2017, 85th Leg., R.S.,
Ch. 686 (H.B. 34), Sec. 1, eff.
September 1, 2017.
Redesignated by Acts 2019, 86th Leg.,
R.S., Ch. 467 (H.B. 4170), Sec.
21.001(1), eff. September 1, 2019.


Art. 2.025. SPECIAL DUTY OF DISTRICT
OR COUNTY ATTORNEY RELATING TO CHILD
SUPPORT.   If a district or county
attorney receives money from a person
who is required by a court order to
pay child support through a local
registry or the Title IV-D agency and
the money is presented to the attorney



## <u>Motion for Discovery and Inspection of Evidence</u>

**Case# 0535972-23 -**

**{Ticket# 146554046}**

FILED
GREGORY PRIER, MPA
Clerk of the Courts

JUN 0 8 2023

City of Houston
Harris County, Texas
By: _____
Deputy Clerk

Roosevelt L. Linicomn Jr moves this court# 6;
(traffic court) in the above cause to give all "Discovery of Evidence" to:
(Roosevelt L.Linicomn Jr); that it may be inspected prior and before Trial; (and within the next 30 to 45 days).. So that Roosevelt L.Linicomn Jr will have "sufficient time" to: "manage a defense" and Give Supporting Documents according to the 6th and 7th Amendment of the United States Constitution.

### **[Allow this to include:]**

**All Evidence that the "District Attorney" has prepared: that is Against Roosevelt L Linicomn Jr.**

The Named person: (Roosevelt L Linicomn Jr) Which is the involved: in the "Wreck" which happen on: ~~April/16ᵗʰ/2023~~

At the location of: 3930 MAIN St (Houston TX 77027)

(Roosevelt L Linicomn Jr); Is intitled to the 6th Amendment,7th Amendment, and also the 9th,10, and 14th Amendments of the United States Constitution.

**It shall also be:** A Cruel and Unusual Punishment and a Violation of the 8th Amendment of the United States Constitution: if any Here-Say or Other-Wise any undocumented details may be included or later added after the detailed FACTS OF THIS CASE WAS ESTABLISHED BY ANY POLICE OFFICER(S) INVESTIGATOR OR OFFICIAL UNDER COLOR OF LAW…(in this Trial).

<u>This Wreck also involves(by made report) Officer: **BERNICO**</u>

**(Roosevelt L Linicomn Jr )**

And other Party: **(Josefina Serna)**

FILED
GREGORY PRIER, MPA
Clerk of the Courts

OCT 1 7 2023

City of Houston
Harris County, Texas
By: Yvonne Nunez
Deputy Clerk

The "Worn Body Camera Footage" of the Above Officer; **Statements of any Bystander that was present at the happening of the wreck;** and any documented statements thereof is a part of "EVIDENCE".

(on back)

Any Camera Footage of other parties, sources," ANY AND ALL STATEMENTS ON FILE";
All the documented items or footages of the wreck and the process:(which) THE
OFFICER USED TO COME UP WITH HIS DECISION TO GIVE ROOSEVELT L. LINICOMN
JR. A TICKET. (being that Roosevelt was still in his lane before and after the wreck)

This Document was produced by: Roosevelt L. Linicomn jr.and under the 14th Amendment of
the United States Constitution, and its laws for facing an accuser; which are also
available by rules of the following: 4th,5th 6th and 7th Amendments.

**The above is true under penalty of perjury.**

Signed _____

Dated _____ June 7th 2023

FILED
GREGORY PRIER, MPA
Clerk of the Courts

OCT 17 2023

City of Houston
Harris County, Texas

By: _____ Yvonne Nunez
Deputy Clerk

Roosevelt L. Linicomn Jr.
mikelincolm@gmail.com
713-256-6878
3401 fannin st
Houston tx 77004

4 months later
Refile date -
October 17th
2023



CODE OF CRIMINAL PROCEDURE

TITLE 1. CODE OF CRIMINAL PROCEDURE

CHAPTER 2. GENERAL DUTIES OF OFFICERS

The following article was amended by
the 88th Legislature. Pending
publication of the current statutes,
see H.B. 4504, 88th Legislature,
Regular Session, for amendments
affecting the following section.

Art. 2.01. DUTIES OF DISTRICT
ATTORNEYS.  Each district attorney
shall represent the State in all
criminal cases in the district courts
of his district and in appeals
therefrom, except in cases where he
has been, before his election,
employed adversely.  When any criminal
proceeding is had before an examining
court in his district or before a
judge upon habeas corpus, and he is
notified of the same, and is at the
time within his district, he shall
represent the State therein, unless
prevented by other official duties.
It shall be the primary duty of all
prosecuting attorneys, including any
special prosecutors, not to convict,
but to see that justice is done.  They
shall not suppress facts or secrete
witnesses capable of establishing the
innocence of the accused.

Acts 1965, 59th Leg., vol. 2, p. 317,
ch. 722.

Amended by Acts 1981, 67th Leg., p.
801, ch. 291, Sec. 98, eff. Sept. 1,
1981.



affecting the following section.

Art. 2.04. SHALL DRAW COMPLAINTS.
Upon complaint being made before a
district or county attorney that an
offense has been committed in his
district or county, he shall reduce
the complaint to writing and cause the
same to be signed and sworn to by the
complainant, and it shall be duly
attested by said attorney.

Acts 1965, 59th Leg., vol. 2, p. 317,
ch. 722.

The following article was amended by
    the 88th Legislature. Pending
publication of the current statutes,
   see H.B. 4504, 88th Legislature,
   Regular Session, for amendments
   affecting the following section.

Art. 2.05. WHEN COMPLAINT IS MADE.
If the offense be a misdemeanor, the
attorney shall forthwith prepare an
information based upon such complaint
and file the same in the court having
jurisdiction;  provided, that in
counties having no county attorney,
misdemeanor cases may be tried upon
complaint alone, without an
information, provided, however, in
counties having one or more criminal
district courts an information must be
filed in each misdemeanor case.  If
the offense be a felony, he shall
forthwith file the complaint with a
magistrate of the county.

Acts 1965, 59th Leg., vol. 2, p. 317,
ch. 722.

The following article was amended by

FILED
GREGORY PRIER, MPA
Clerk of the Courts

OCT 1 7 2023

City of Houston
Harris County, Texas
By
Deputy Clerk



my CAR Still on the other side of the Right
Hand Lane — "Common sence" tells vs that something
went wrong [ I think MRS. SverNA WAS on the Phone!

Either that OR She did this intentionally

4-19-23

Exhibit # 9



I observed MRS. SERN
coming from my driver rear view
after many other cars, when I
thought she was going to let me
over (she didn't) while observed
- And observing MRS. SERNA; she
drove directly into me while
I had my signal light on
And was parked, off to the
Right hand of the street
I never crossed the line

X _____
    4-19-23

X _____

Exhibit #
11

3996 N Main St

11 months ago · See more dates

The following is True & Correct under penalty of Perjury

X Roosevelt L Lincoln Jr

X Roosevelt L Lincoln Jr

X 4-19-23

contact/info →

3401 Tanner St

Houston TX 77004

713-256-6878

Mike lincoln @ gmAil Com

Exhibits Attached
Attachment ARE True (R.L.)

*
Eb. *

This is A plea of Not Guilty And A Request

for A Jury TRial by Roosevelt Lincoln Jr

"Affidavit of Truth"

Accident Report # 0535972-23F; Made the officer "BERNICO" **lacks all of the below information:**

▪ **Witnesses,**

▪ **Names of witnesses,**

▪ **Statements of witnesses;**

▪ **and any logical "Point of View"**
that should illustrate on how (Roosevelt L. Linicomn Jr) would have gotten over to the left hand lane in front of "Josefina Serna" on the date of April 16th 2023, at location of: 3930 main st Houston Tx 77027; and not have his front driver side bumper torn off or damaged!

▪**And the end result of that which describes the outcome.**

---

{Art. 2.03 NEGLECT OF DUTY}

This article is attached for the State/District Attorney in this cause to be able to identify that "NEGLECT OF DUTY" ;

Officer "BERNICO" never mentioned in his report that Roosevelt L Linicomn Jr -said he had injuries to the (Jaw) caused by: Mrs. Josefina Serna, from the impact; but he did mention that Mrs Josefina Serna was said to be on the phone.

*(will be)* {Therapy company information attached.. } to MRS J. SERNA INC. in the future

---

Shortly after Mrs Josefina Serna husband, brother, or otherwise a unknown person showed up to the scene before the police arrived.

Roosevelt L Linicomn Jr had indeed taken pictures; before police arrived and after; pictures of the full accident and the arriving persons that were on the scene, all and everything except police are in these photos.

Signed _____

Dated _____

FILED
GREGORY PRIER, MPA
Clerk of the Courts

OCT 17 2023

City of Houston
Harris County Texas
By: _____
Deputy Clerk

》 NO ONE WAS SAID TO SEE THE ACCIDENT; EVEN UPON ARRIVAL OF THE POLICE. 《

---

{DISCLOSURE IS A FEDERAL RULE}

**Rule 26. Duty to Disclose; General Provisions Governing Discovery**
**Primary tabs**
**(a) Required Disclosures.**

**(1) Initial Disclosure.**

**(A) In General.** Except as exempted by Rule 26(a)(1)(B) or as otherwise stipulated or ordered by the court, a party must, without awaiting a discovery request, provide to the other parties:

**(i)** the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

**(ii)** a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

**(iii)** a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and

**(iv)** for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

---

{RULE 43}
{Tracking Use of Certain Testimony}

Testimony is oral or written evidence given by the witness under oath, affidavit or deposition during a trial or other legal procedures. According to Rule 43 of the Federal

FILED
GREGORY PRIER, MPA
OCT 1 7 2023
City of Houston
Harris County, Texas
By:
Deputy Clerk

Rules of Civil Procedure, testimony taking should be conducted in an open court unless other federal rules apply, like the Federal Rules of Evidence.

—

### {Art 2.04  Shall draw complaints}

This article says: that the complaint shall be reduced in writing and sign and sworn by the Complainant And it shall be duly attested by said attorney.

### {Art 2.05 When complaint is made}

It shall be filed in a court having Jurisdiction by the Accompanied District Attorney.

### {Art 2.01 Duties of district attorney}

It shall be the primary duty of all prosecuting attorney's including any special prosecutors, not too convict, but to see that justice is done!

They shall not suppress facts or secret witnesses capable of establishing the innocence of the accused...

FILED
GREGORY PRIER, MPA
Clerk of the Courts

OCT 1 7 2023

City of Houston
Harris County, Texas
By: _____
Deputy Clerk

### Conclusion

Roosevelt L Linicomn Jr din not get over in front of Mrs Josefina Serna on April 16th 2023.
Otherwise, the full impact of that situation would have been the front bumper torn completely off on the driver's side, and the full driver side front door would have been smashed in.

Instead; Mrs.Josefina Serna {while on the phone} hit Roosevelt L Linicomn jr. by not paying attention and looking down at her phone, (she veered off); and the inpact made

(her reaction) or the cars reaction go left, leaving a DIRECT INDENTION ON THE LEFT SIDE OF VEHICLE THAT I WAS DRIVING ... with a force of about possibly 30 miles a hour...

MY VEHICLE NEVER HAD A CHANCE TO LEAVE OUT OF THE RIGHT HAND "LARGE LANE" THAT IT WAS SITTING IN; AND AFTER THE INCIDENT IT WAS STILL IN THAT LANE.

OFFICER "BERNICO" ARRIVED AFTER THE INCIDENT WAS COMPLETELY OVER..

SO HOW DID HIS CONCLUSION END UP BEING THE NEGATIVE FOR ROOSEVELT L. LINICOMN JR...


...indeed this was a is bias action..

Roosevelt L. Linicomn Jr refused: under the 5th, 8th and 14th Amendment and also {Commercial Code Law 3- 401}; "Not to Agree" with foolishness that was not Logically looked into; by "NOT" signing a ticket documented by Officer BERNICO for: "Changing Lanes Not In Safety"

---

{Laws on Signature's}


**Nei3-401. SIGNATURE.**
(a) A person is not liable on an instrument unless (i) the person signed the instrument, or (ii) the person is represented by an agent or representative who signed the instrument and the signature is binding on the represented person under Section 3-402.

(b) A signature may be made (i) manually or by means of a device or machine; and (ii) by the use of any name, including a trade or assumed name, or by a word, mark, or symbol executed or adopted by a person with present intention to authenticate a writing.

---

Rule 68; Opinion


(This) OPINION (by) OFFICER BERNICO:

"IS NOT A FACT" which is also not accompanied by a Credible Witness.

OFFICER BERNICO WAS NOT ON THE SCENE AND NO LOGICAL POINT OF THOUGHT OR WAS ACTIVE IN HIS MIND AT THAT MOMENT IN TIME..

FILED
GREGORY PRIER, MPA
Clerk of the Courts

OCT 1 7 2023

City of Houston
Harris County, Texas
By: _____ Deputy Clerk

**"OFFICER BERNICO"-ACTED ON AN: "PREJUDICE OR BIAS MOTIVE"...**

**(ON APRIL 16TH 2023)**

**IN ACCIDENT REPORT # 0535972-23F**

**The above is true and correct under penalty of perjury.**

Roosevelt L Linicomn Jr

x _____

x _O. Holder_ -17-2023

Under United States Constitutional Law!

Attached is 5 pages of

"Law & Facts"

FILED
GREGORY PRIER, MPA
Clerk of the Courts

OCT 17 2023

City of Houston
Harris County, Texas
By_____
Deputy Clerk

From Roosevelt Linicomn Jr

Bound by
6th, 5th, 8th, 14th
Amendment(s) V.S.